**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Stuart B. Rodgers – 027520
Email: stuart.rodgers@lane-nach.com
Helen K. Santilli – 032441
Email: helen.santilli@lane-nach.com

*Attorneys for Robert A. Mackenzie, Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| KARI I. KONTOR, | No. 2:22-bk-03856-PS |
| Debtor. | **OBJECTION TO DEBTOR'S EXEMPTIONS** |

Robert A. Mackenzie, Trustee, by and through undersigned counsel hereby files his *Objection to Debtor's Exemption*s ("**Objection**"). In support of this Objection, the Trustee presents the following Memorandum of Points and Authorities and the entire record of this administrative case.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTUAL BACKGROUND

1. Kari I. Kontor ("**Debtor**") filed her voluntary Petition under Chapter 7 of Title 11 on June 15, 2022 ("**Petition Date**").

2. Robert A. MacKenzie is the duly appointed and acting trustee in this case ("**Trustee**").

3. On the Schedule of Assets and Liabilities filed with this Court, Debtor claimed federal exemptions, instead of Arizona exemptions.

4. Pursuant to 11 U.S.C. § 522(b)(3)(A), a debtor is required to apply the exemptions for the state in which his or her domicile has been located for the 730-day period prior to the filing of the Petition Date.

5. However, if the debtor's domicile has not been located in a single state for such 730-day period, the debtor is to apply the exemptions from the place in which he or she has been located for the 180-day period immediately preceding the 730-day period or for a longer portion of such 180-day period than in any other place. *Id.*

6. Upon information and belief, the Debtor does not meet the aforementioned requirements under 11 U.S.C. § 522(b)(3)(A) to utilize federal exemptions.

7. Upon information and belief, Debtor lived in Florida during the 214-day period prior to the Petition Date and lived in Arizona for the 881-days preceding the foregoing 214-day period. Upon information and belief, Arizona exemptions, not federal exemptions are appropriate.

8. Accordingly, the Trustee objects to all of the Debtors' claimed exemptions listed on Schedule C. However, to the extent that Debtor is eligible to utilize the federal exemptions, the Trustee reserves the right to object to their application at some point in the future.

## **CONCLUSION**

WHEREFORE, the Trustee respectfully requests entry of an order sustaining his Objection to Debtor's exemptions, disallowing the Debtor's exemptions, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 11th day of August, 2022.

**LANE & NACH, P.C.**

By /s/ Helen K. Santilli
Helen K. Santilli
Stuart B. Rodgers
*Attorneys for Trustee*

COPY of the foregoing delivered via first class mail /electronic notification:

Shawn Stone
Stone Law Group, PLC
3030 N. 3rd Street, Suite 200
Phoenix, Arizona 85012
*Attorney for Debtor*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov

Kari L. Kontor
18440 N. 68th Street, Apt. 4054
Phoenix, Arizona 85004

By /s/ Danica Acosta