| | |
|---|---|
| 1 | **STONE LAW GROUP, PLC** |
| | Shawn L. Stone, Bar No. 23558 |
| 2 | 3030 N. 3rd Street, Suite 200 |
| | Phoenix, AZ 85012 |
| 3 | Tel: (602) 264-0500 / Fax: (602) 264-0501 |
| | slstone@stonelawaz.com |
| 4 | *Attorney for Debtor(s)* |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | **Chapter: 7** |
| | **Case No.: 2:22-bk-03856-PS** |
| KARI L. KONTOR, | |
| | **MOTION TO CONTINUE REAFFIRMATION HEARING CURRENTLY SET FOR AT SEPTEMBER 15, 2022 AT 10:00 AM** |
| Debtor(s). | |

Counsel for Debtor(s), Shawn L. Stone and Stone Law Group, PLC, hereby requests an order continuing the reaffirmation hearing currently set for September 15, 2022, at 10:00 AM, for reason that Trustee Robert A. MacKenzie filed an adversary proceeding to avoid Bridgecrest Acceptance's motor vehicle lien as unperfected (2:22-ap-00207-PS).

Debtor would like to continue the reaffirmation hearing for no less than 60-days, through November 15, 2022. Debtor hopes to have a sense as to how the adversary proceeding will resolve within 60-days.

A proposed order is submitted herewith.

Dated: September 14, 2022.

                                          **STONE LAW GROUP, PLC**

                                          / s / Shawn L. Stone
                                          _____
                                          By:    Shawn L. Stone
                                                    Attorney for Debtor(s)